UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                            :
UNITED STATES OF AMERICA,                   :
                                            :
            -v-                             :        23-CR-488 (PAE)
                                            :
HAROLD MCKINNEY,                            :        SCHEDULING ORDER
                                            :
                        Defendant.          :
                                            :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- Any defense motion to suppress, and any set of facts stipulated to in connection with any such motion, shall be filed by **December 4, 2023**.

- The Government's response to any motion to suppress shall be filed by **December 11, 2023**, along with a letter summarizing the Government's anticipated evidence at a suppression hearing.

- A suppression hearing is scheduled for **December 14 and 15, 2023** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Trial is scheduled for **January 29, 2024** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Counsel are also to hold open, as against future commitments, the week of February 5, 2024 as an alternative trial date, in the event that defense counsel's existing scheduling conflict as to that week clears.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **January 29, 2024.**

SO ORDERED.

Dated: November 21, 2023
New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge